Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: CONWELL, LAURIE D. | § | Case No. 14-11960 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 31, 2014.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        32,392.46

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 28.50 |
| Bank service fees | 189.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,690.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 28,484.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/18/2016 and the deadline for filing governmental claims was 09/27/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,620.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,620.25, for a total compensation of $3,620.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $38.40, for total expenses of $38.40.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/07/2016        By: /s/Ira Bodenstein
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-11960　　　　　　　　　　　　　　　**Trustee:** (330129)　Ira Bodenstein
**Case Name:** CONWELL, LAURIE D.　　　　　　　　　　**Filed (f) or Converted (c):** 03/31/14 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 05/16/14
**Period Ending:** 04/07/16　　　　　　　　　　　　　**Claims Bar Date:** 02/18/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | NONE<br>　Orig. Description: NONE; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking acct ending 1718 ($125.94) and savings<br>　Orig. Description: Checking acct ending 1718 ($125.94) and<br>savings acct ending 3457 ($50.78), both with<br>TCF. Bank; Imported from original petition Doc# 1;<br>Exemption: Schedule B  -  Amount: 176.72 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods, furnishings, appliances and ele<br>　Orig. Description: Household goods, furnishings, appliances and<br>electronics; Imported from original petition Doc# 1;<br>Exemption: Household goods,<br>furnishings & appliances  -  Amount: 620.00 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Personal clothing<br>　Orig. Description: Personal clothing; Imported from original petition Doc# 1; Exemption: Personal clothing  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Removed Asset/2003 Chevy Trailblazer<br>　Orig. Description: 2003 Chevrolet Trailblazer, 70K<br><br>original petition Doc# 1; 2003<br>ChevyTrailblazer,removed on amended schedules 70K miles. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Surplus Funds After Foreclosure 12 CH 2484  (u) | 32,273.58 | 28,583.58 | | 32,392.46 | FA |
| 7 | Trailer home at 6431 Cardinal Drive  (u) | 16,000.00 | Unknown | | 0.00 | FA |
| 8 | Monthly Pension Benefits  (u) | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Assets　Totals (Excluding unknown values) | **$49,523.58** | **$28,583.58** | | **$32,392.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-11960  
**Case Name:** CONWELL, LAURIE D.

**Period Ending:** 04/07/16

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 05/16/14  
**Claims Bar Date:** 02/18/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016        **Current Projected Date Of Final Report (TFR):**   June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-11960  
**Case Name:** CONWELL, LAURIE D.  

**Taxpayer ID #:** **-***2778  
**Period Ending:** 04/07/16

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/15 | {6} | Clerk of Circuit court of Cook county Illinois | Surplus funds 12 CH 2484 | 1229-000 | 32,392.46 | | 32,392.46 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.53 | 32,376.93 |
| 12/16/15 | 101 | Laurie D. Conwell | Payment of exemption per order entered 12/15/15 Dkt # 34 | 8100-002 | | 3,690.00 | 28,686.93 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.45 | 28,637.48 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.71 | 28,597.77 |
| 02/15/16 | 102 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-000 | | 28.50 | 28,569.27 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.64 | 28,529.63 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.02 | 28,484.61 |
| | | | **ACCOUNT TOTALS** | | 32,392.46 | 3,907.85 | **$28,484.61** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 32,392.46 | 3,907.85 | |
| | | | Less: Payments to Debtors | | | 3,690.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,392.46** | **$217.85** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9166** | 32,392.46 | 217.85 | 28,484.61 |
| | $32,392.46 | $217.85 | $28,484.61 |

{} Asset reference(s)

Printed: 04/07/2016 01:34 PM    V.13.25

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 18, 2016

**Case Number:** 14-11960  
**Debtor Name:** CONWELL, LAURIE D.

Page: 1

**Date:** April 7, 2016  
**Time:** 01:34:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $3,620.25 | $0.00 | 3,620.25 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $38.40 | $0.00 | 38.40 |
| 200 | Clerk of the Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL | Admin Ch. 7 | Deferred filing fee for Motion to Reopen | $260.00 | $0.00 | 260.00 |
| 1<br>610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | F72222995 | $8,229.44 | $0.00 | 8,229.44 |
| 2<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,201.32 | $0.00 | 2,201.32 |
| 3<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | xxxxx3517 | $227.74 | $0.00 | 227.74 |
| 4<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | YBW730 | $1,621.28 | $0.00 | 1,621.28 |
| 5<br>610 | UNIFUND CCR, LLC<br>c/o ADLER AND ASSOC.<br>25 E WASHINGTON, STE. 1221<br>CHICAGO, IL 60602 | Unsecured | 9293 | $14,402.76 | $0.00 | 14,402.76 |
| 6<br>610 | Portfolio Recovery Associates, LLC<br>Successor to Capital One (Best Buy)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $2,270.77 | $0.00 | 2,270.77 |
| 7<br>610 | Portfolio Recovery Associates, LLC<br>Successor to FIA Card Services<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | 6027 | $11,488.27 | $0.00 | 11,488.27 |
| NOTFILED<br>610 | Green Tree<br>PO Box 94710<br>Palatine, IL 60094 | Unsecured | mcoo(6400 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Home Depot Credit Svcs<br>PO Box 182676<br>Columbus, OH 43218 | Unsecured | 2989 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 18, 2016

**Case Number:** 14-11960  
**Debtor Name:** CONWELL, LAURIE D.

Page: 2

**Date:** April 7, 2016  
**Time:** 01:34:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | CitiMortgage, inc. PO Box 689196 Des Moines, IA 50368 | Unsecured | )ocooc0(551-8 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Adventist LaGrange Hospital 5101 S. Willow Springs Rd. Lagrange, IL 60525 | Unsecured | ACFP00365953 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One/Menards PO Box 5253 Carol Stream, IL 60197 | Unsecured | 2453 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | HSBC Bank USA NA PO Box 2013 Buffalo, NY 14240 | Unsecured | 1853 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Direct Merchant's Bank 17600 N. Perimeter Dr. Scottsdale, AZ 85255 | Unsecured | 7674 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GE Capital Retail Bank, do Asset Acceptance, PO Box 2036, Warren Ml 48090 | Unsecured | xx-xxx5601 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GE Capital Retail Bank c/o Firsel Law Group, Box 1599 Lombard, IL 60148 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citi Cards do Capital Mgmnt Svcs 698 1/2 S. Ogden Ave. Buffalo, NY 14206 | Unsecured | xx)ooc3538 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One do Cavalry Portfolio Svcs, PO Box 27288, Tempe, AZ 85285 | Unsecured | )opo(3957 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CitiBank c/o ARS Nat'l Svcs PO Box 463023 Escondido, CA 92046 | Unsecured | XXXXX5842 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 44,360.23 | 0.00 | 44,360.23 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-11960
Case Name: CONWELL, LAURIE D.
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 28,484.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,484.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 3,620.25 | 0.00 | 3,620.25 |
| Trustee, Expenses - Ira Bodenstein | 38.40 | 0.00 | 38.40 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 3,918.65
Remaining balance: $ 24,565.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,565.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 24,565.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,441.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 8,229.44 | 0.00 | 4,998.92 |
| 2 | Capital One Bank (USA), N.A. | 2,201.32 | 0.00 | 1,337.18 |
| 3 | PYOD, LLC its successors and assigns as assignee | 227.74 | 0.00 | 138.34 |
| 4 | Capital One, N.A. | 1,621.28 | 0.00 | 984.84 |
| 5 | UNIFUND CCR, LLC | 14,402.76 | 0.00 | 8,748.85 |
| 6 | Portfolio Recovery Associates, LLC | 2,270.77 | 0.00 | 1,379.36 |
| 7 | Portfolio Recovery Associates, LLC | 11,488.27 | 0.00 | 6,978.47 |

|  | Total to be paid for timely general unsecured claims: | $ | 24,565.96 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**