# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re** | **Chapter 7** |
| **Laurie D. Conwell** | **Case No. 14-11960**<br>**Hon. Jack B. Schmetterer** |
| **Debtors.** | **Hearing Date: May 31, 2016**<br>**Hearing Time: 10:30 a.m.** |

## NOTICE OF APPLICATIONS FOR COMPENSATION

**PLEASE TAKE NOTICE** that on **May 31, 2016 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jack B. Schmetterer,** Bankruptcy Judge, in Courtroom 682, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation,** a copy of which is available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL 60604

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Ira Bodenstein (#3126857)
> Shaw Fishman Glantz&TowbinLLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60654
> (312) 666-2861
>
> /s/ Ira Bodenstein

{11434-001 MOT A0434874.DOCX}

Printed:  04/07/16 01:27 PM          **Trustee's Compensation**

**Debtor:** CONWELL, LAURIE D.                          **Case:** 14-11960

| Computation of Compensation | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 28,702.46 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 23,702.46 | = | 2,370.25 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | **Calculated Total Compensation:** | | **$3,620.25** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$3,620.25** |
| | Less Previously Paid: | | 0.00 |
| | **Total Compensation Requested:** | | **$3,620.25** |

| Trustee Expenses | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 200 copies at 10.0 cents per copy | 20.00 |
| Postage | | 18.40 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | **Subtotal Expenses:** | **$38.40** |
| | Plus Adjustment: | 0.00 |
| | **Total Expenses:** | **$38.40** |
| | Less Previously Paid: | 0.00 |
| | **Total Expenses Requested:** | **$38.40** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $3,620.25 as compensation and $38.40 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:  04/07/16                     Signed:  /s/ Ira Bodenstein

Ira Bodenstein
321 N. Clark St., Ste. 800

Chicago, IL 60654

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re<br><br>        LAURIE D. CONWELL,<br><br>                Debtor. | Chapter 7<br><br>Case No. 14-11960<br>Hon. Jack B. Schmetterer |

### CERTIFICATE OF SERVICE

TO:     Attached Service List

Ira Bodenstein certifies that he caused to be served a true copy of the attached Notice of Trustee's Final Report and Trustee's Application for Compensation upon the attached service list by ECF Notice and U.S. Mail on April 12, 2016.

/s/ Ira Bodenstein

**ECF NOTICE**

Ira Bodenstein
IL29@ecfcbis.com; cowens@shawfishman.com

Ira Bodenstein on behalf of Trustee Ira Bodenstein
ibodenstein@shawfishman.com; cowens@shawfishman.com

Barbara J. Dutton on behalf of Creditor Green Tree Servicing LLC, servicer for Bank of America, NA, as successor to LaSalle Bank NA
duttonlaw@aol.com; ecfdesk@duttonlaw.com

Cari A. Kauffman on behalf of Creditor CitiMortgage, Inc.
bankruptcy@mdk-llc.com; dfrankel@sormanfrankel.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Anthony J. Peraica on behalf of Debtor Laurie D. Conwell
peraicalaw@aol.com

{11434-001 CER A0435518.DOC}

## SERVICE LIST

*Office U.S. Trustee*
Office of the U.S. Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL  60604

*Debtor*
Laurie D. Conwell
6431 Cardinal Drive
Hodgkins, IL 60525

American InfoSource LP
 as agent for TD Bank, USA
P.O. Box 248866
Oklahoma City, OK  73124-8866

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC  28272-1083

PYOD, LLC its successors and assigns
 as assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

UNIFUND CCR, LLC
c/o ADLER AND ASSOC
25 E. Washington
Suite 1221
Chicago, IL  60602

Portfolio Recovery Associates, LLC
Successor to Capital One (Best buy)
P.O. Box 41067
Norfolk, VA  23541

Portfolio Reocvery Associates, LLC
Successor to FIA Card Services
P.O. Box 41067
Norfolk, VA  23541