# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: CONWELL, LAURIE D. | § Case No. 14-11960 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $17,250.00                Assets Exempt:  $19,843.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,565.96        Claims Discharged
                                                   Without Payment: $190,014.83

Total Expenses of Administration: $4,136.50

---

3)  Total gross receipts of $     32,392.46     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    3,690.00   (see **Exhibit 2**), yielded net receipts of $28,702.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,876.50 | 4,136.50 | 4,136.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 214,180.07 | 40,441.58 | 40,441.58 | 24,565.96 |
| **TOTAL DISBURSEMENTS** | $214,180.07 | $44,318.08 | $44,578.08 | $28,702.46 |

    4)  This case was originally filed under Chapter 7 on March 31, 2014. The case was pending for 28 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2016          By: /s/Ira Bodenstein
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus Funds After Foreclosure 12 CH 2484 | 1229-000 | 32,392.46 |
| **TOTAL GROSS RECEIPTS** | | **$32,392.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Laurie D. Conwell | Payment of exemption per order entered 12/15/15 Dkt # 34 | 8100-002 | 3,690.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,690.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 3,620.25 | 3,620.25 | 3,620.25 |
| Ira Bodenstein | 2200-000 | N/A | 38.40 | 38.40 | 38.40 |
| Clerk of the Bankruptcy Court | 2700-000 | N/A | 0.00 | 260.00 | 260.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.53 | 15.53 | 15.53 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 49.45 | 49.45 | 49.45 |
| Rabobank, N.A. | 2600-000 | N/A | 39.71 | 39.71 | 39.71 |
| Arthur B. Levine Company | 2300-000 | N/A | 28.50 | 28.50 | 28.50 |
| Rabobank, N.A. | 2600-000 | N/A | 39.64 | 39.64 | 39.64 |
| Rabobank, N.A. | 2600-000 | N/A | 45.02 | 45.02 | 45.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,876.50 | $4,136.50 | $4,136.50 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 8,229.44 | 8,229.44 | 8,229.44 | 4,998.92 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,800.60 | 2,201.32 | 2,201.32 | 1,337.18 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 227.74 | 227.74 | 227.74 | 138.34 |
| 4 | Capital One, N.A. | 7100-000 | 1,621.28 | 1,621.28 | 1,621.28 | 984.84 |
| 5 | UNIFUND CCR, LLC | 7100-000 | 16,673.53 | 14,402.76 | 14,402.76 | 8,748.85 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,270.77 | 2,270.77 | 1,379.36 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 11,488.27 | 11,488.27 | 11,488.27 | 6,978.47 |
| NOTFILED | Green Tree | 7100-000 | 35,560.66 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Svcs | 7100-000 | 1,616.02 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CitiMortgage, inc. | 7100-000 | 54,803.63 | N/A | N/A | 0.00 |
| NOTFILED | Adventist LaGrange Hospital | 7100-000 | 47,468.66 | N/A | N/A | 0.00 |
| NOTFILED | Capital One/Menards | 7100-000 | 2,580.53 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank USA NA | 7100-000 | 1,777.09 | N/A | N/A | 0.00 |
| NOTFILED | Direct Merchant's Bank | 7100-000 | 6,467.86 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Retail Bank, do Asset Acceptance, PO Box | 7100-000 | 3,648.89 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Retail Bank c/o | 7100-000 | 1,339.82 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards do Capital Mgmnt | 7100-000 | 7,113.11 | N/A | N/A | 0.00 |
| NOTFILED | Capital One do Cavalry Portfolio Svcs, PO Box | 7100-000 | 6,480.26 | N/A | N/A | 0.00 |
| NOTFILED | CitiBank c/o ARS Nat'l Svcs | 7100-000 | 5,282.68 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $214,180.07 | $40,441.58 | $40,441.58 | $24,565.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-11960  
**Case Name:** CONWELL, LAURIE D.  

**Period Ending:** 08/03/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 05/16/14  
**Claims Bar Date:** 02/18/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | NONE<br>   Orig. Description: NONE; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking acct ending 1718 ($125.94) and savings<br>   Orig. Description: Checking acct ending 1718 ($125.94) and<br>savings acct ending 3457 ($50.78), both with<br>TCF. Bank; Imported from original petition Doc# 1;<br>Exemption: Schedule B  -  Amount: 176.72 | 100.00 | 90.00 | | 0.00 | FA |
| 3 | Household goods, furnishings, appliances and ele<br>   Orig. Description: Household goods, furnishings, appliances and<br>electronics; Imported from original petition Doc# 1;<br>Exemption: Household goods,<br>furnishings & appliances  -  Amount: 620.00 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Personal clothing<br>   Orig. Description: Personal clothing; Imported from original petition Doc# 1; Exemption: Personal clothing - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Removed Asset/2003 Chevy Trailblazer<br>   Orig. Description: 2003 Chevrolet Trailblazer, 70K<br>original petition Doc# 1; 2003<br>ChevyTrailblazer,removed on amended schedules 70K miles. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Surplus Funds After Foreclosure 12 CH 2484  (u) | 32,273.58 | 28,583.58 | | 32,392.46 | FA |
| 7 | Trailer home at 6431 Cardinal Drive  (u) | 16,000.00 | 0.00 | | 0.00 | FA |
| 8 | Monthly Pension Benefits  (u) | 750.00 | 7.00 | | 0.00 | FA |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$49,523.58** | **$28,680.58** | | **$32,392.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

   4/11/16-TFR filed  
   Hearing on 5/31/2016

Printed: 08/03/2016 04:34 PM    V.13.28

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-11960  
**Case Name:** CONWELL, LAURIE D.  
**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 05/16/14  
**Period Ending:** 08/03/16  
**Claims Bar Date:** 02/18/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2016    **Current Projected Date Of Final Report (TFR):** April 11, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-11960 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | CONWELL, LAURIE D. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***2778 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/03/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/17/15 | {6} | Clerk of Circuit court of Cook county Illinois | Surplus funds 12 CH 2484 | 1229-000 | 32,392.46 | | 32,392.46 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.53 | 32,376.93 |
| 12/16/15 | 101 | Laurie D. Conwell | Payment of exemption per order entered 12/15/15 Dkt # 34 | 8100-002 | | 3,690.00 | 28,686.93 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.45 | 28,637.48 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.71 | 28,597.77 |
| 02/15/16 | 102 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-000 | | 28.50 | 28,569.27 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.64 | 28,529.63 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.02 | 28,484.61 |
| 06/02/16 | 103 | Ira Bodenstein | Dividend paid 100.00% on $38.40, Trustee Expenses; Reference: | 2200-000 | | 38.40 | 28,446.21 |
| 06/02/16 | 104 | Ira Bodenstein | Dividend paid 100.00% on $3,620.25, Trustee Compensation; Reference: | 2100-000 | | 3,620.25 | 24,825.96 |
| 06/02/16 | 105 | Clerk of the Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 24,565.96 |
| 06/02/16 | 106 | American InfoSource LP as agent for | Dividend paid 60.74% on $8,229.44; Claim# 1; Filed: $8,229.44; Reference: F72222995 | 7100-000 | | 4,998.92 | 19,567.04 |
| 06/02/16 | 107 | Capital One Bank (USA), N.A. | Dividend paid 60.74% on $2,201.32; Claim# 2; Filed: $2,201.32; Reference: | 7100-000 | | 1,337.18 | 18,229.86 |
| 06/02/16 | 108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 60.74% on $227.74; Claim# 3; Filed: $227.74; Reference: xxxxx3517 | 7100-000 | | 138.34 | 18,091.52 |
| 06/02/16 | 109 | Capital One, N.A. | Dividend paid 60.74% on $1,621.28; Claim# 4; Filed: $1,621.28; Reference: YBW730 | 7100-000 | | 984.84 | 17,106.68 |
| 06/02/16 | 110 | UNIFUND CCR, LLC | Dividend paid 60.74% on $14,402.76; Claim# 5; Filed: $14,402.76; Reference: 9293 | 7100-000 | | 8,748.85 | 8,357.83 |
| 06/02/16 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 60.74% on $2,270.77; Claim# 6; Filed: $2,270.77; Reference: | 7100-000 | | 1,379.36 | 6,978.47 |
| 06/02/16 | 112 | Portfolio Recovery Associates, LLC | Dividend paid 60.74% on $11,488.27; Claim# 7; Filed: $11,488.27; Reference: 6027 | 7100-000 | | 6,978.47 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 32,392.46 | 32,392.46 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 32,392.46 | 32,392.46 | |
| Less: Payments to Debtors | | | 3,690.00 | |
| NET Receipts / Disbursements | | $32,392.46 | $28,702.46 | |

{} Asset reference(s)                                                                                                                          Printed: 08/03/2016 04:34 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-11960 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | CONWELL, LAURIE D. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***2778 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/03/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :        32,392.46
      Less Payments to Debtor :    3,690.00
                               _____
             Net Estate :        $28,702.46
```

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | Checking # ******9166 | 32,392.46 | 28,702.46 | 0.00 |
| | | $32,392.46 | $28,702.46 | $0.00 |